

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANTE JAMAL JACKSON, <br><br> Defendant. | NO. 2:24-mj-00044-DUTY <br><br> ORDER OF DETENTION AFTER HEARING <br><br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in Reseda, California pursuant to a warrant issued by the United States District Court for the Middle District of North Carolina for alleged violation of the terms and conditions of the defendant's supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

\\
\\
\\
\\

1

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission on the issue of detention, alleged absconding from supervision, and prior history of failures to appear, as well as the prior revocation of the defendant's probation.

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission on the issue, criminal history, history of disregarding court orders, and history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: January 4, 2024

*[signature]*

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE